## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-02001-LTB-SKC

JOSEPH MEDLEY,

    Plaintiff,

v.

LIBERTY OILFIELD SERVICES, LLC,

    Defendant.

## JOINT STATUS REPORT

    Pursuant to the February 14, 2019 Minute Order (Doc. 23), Plaintiff Joseph Medley ("Plaintiff") and Defendant Liberty Oilfield Services, LLC ("Defendant") (together the "Parties"), by and through their respective counsel, respectfully submit this Joint Status Report regarding the status of discovery and state as follows:

    1.    The Parties have propounded written discovery on each other and are currently awaiting the responses.

    2.    The Parties have scheduled Plaintiff's deposition, as well as the depositions of Plaintiff's Fed.R.Civ.P. 26(a)(2)(C) experts.

    3.    Plaintiff is in the process of determining what depositions he intends to take prior to the discovery deadline of May 29, 2019.

    4.    The Parties further advise the Court that they do not believe there are any outstanding issues to be addressed at this time.

Respectfully submitted this 15th day of April 2019.

BACHUS & SCHANKER, LLC              OGLETREE, DEAKINS, NASH,
                                    SMOAK & STEWART, P.C.


*/s/Andrew C. Quisenberry*           */s/Steven R. Reid*
Andrew C. Quisenberry                Austin E. Smith
1899 Wynkoop Street, Suite 700       Steven R. Reid
Denver, CO  80202                    2000 South Colorado Boulevard
Tel: 303.893.9800                    Tower Three, Suite 900
Fax: 303.893.9900                    Denver, CO  80222
andrew.quisenberry@coloradolaw.net   Tel: 303.764.6800
                                     Fax: 303.831.9246
Attorney for Plaintiff               austin.smith@ogletree.com
                                     steven.reid@ogletree.com

                                     Attorneys for Defendant

2

## CERTIFICATE OF SERVICE

     I hereby certify that on April 15, 2019, I served the foregoing **JOINT STATUS REPORT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Austin E. Smith
Steven R. Reid
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
2000 South Colorado Boulevard
Tower Three, Suite 900
Denver, CO 80222
Telephone: 303.764.6800
Facsimile: 303.831.9246
austin.smith@ogletree.com
steven.reid@ogletree.com

*Attorneys for Defendant*

                                                    */s/Andrew C. Quisenberry*
                                                    Andrew C. Quisenberry