**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 18-cv-02001-LTB-SKC

**JOSEPH MEDLEY,**

    Plaintiff,

v.

**LIBERTY OILFIELD SERVICES, LLC**

    Defendant.

---

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

Plaintiff Joseph Medley, with consent and stipulation of Defendant Liberty Oilfield Services, LLC (the "Parties"), through their respective undersigned counsel, hereby voluntarily dismisses this action in its entirety, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The Parties shall each bear their respective costs and fees incurred in connection with this action.

Respectfully submitted this 15th day of May 2019.

| | |
|---|---|
| */s/Andrew C. Quisenberry* <br> Andrew C. Quisenberry <br> Bachus & Schanker, LLC <br> 1899 Wynkoop Street, Suite 700 <br> Denver, CO 80202 <br> Telephone: 303.893.9800 <br> Fax: 303.893.9900 <br> andrew.quisenberry@coloradolaw.net | */s/Austin E. Smith* <br> Austin E. Smith <br> Steven R. Reid <br> Chelsea M. Hutchison <br> Ogletree, Deakins, Nash, Smoak & Stewart, P.C. <br> 2000 South Colorado Boulevard, Tower Three, Suite 900 <br> Denver, CO 80222 <br> Telephone: 303.764.6800 <br> Fax: 303.831.9246 <br> austin.smith@ogletree.com; steven.reid@ogletree.com <br> chelsea.hutchison@ogletree.com |

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2019, a true and correct copy of the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** was filed via CM/ECF and served upon the following:

Austin E. Smith
Steven R. Reid
Chelsea M. Hutchison
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
2000 South Colorado Boulevard, Tower Three, Suite 900
Denver, CO 80222
Telephone: 303.764.6800
Fax: 303.831.9246
austin.smith@ogletree.com
steven.reid@ogletree.com
chelsea.hutchison@ogletree.com

　　　　　　　　　　　　　　　　　　　　　　　*/s/Andrew C. Quisenberry*
　　　　　　　　　　　　　　　　　　　　　　　Andrew C. Quisenberry